IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:06-M-134M |
| v. | ) |
| | ) |
| ALEX EVERS RODRIGUEZ | ) |

**MOTION TO SEAL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey Assistant United States Attorney, and moves that this Motion to Seal and the attached documents be sealed until further order of the Court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar #1700
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email james.leavey@usdoj.gov

SO ORDERED:

David L Martin

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 12-4-06