IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 07 004 S |
| | ) | CR. No. |
| vs. | ) | In Violation of 18 U.S.C. |
| | ) | §§ 1028A(a)(1) and (c)(5) |
| ALEX E. RODRIGUEZ | ) | and § 1029(a)(2) |

FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INDICTMENT**

The Grand Jury charges:

COUNT I

That on or about July 6, 2006, to on or about September 28, 2006, in the District of Rhode Island and elsewhere, the defendant, ALEX E. RODRIGUEZ, knowingly and with intent to defraud, used an unauthorized access device, i.e. a Home Depot credit card #6035-3204-9140-0477 in the name of Neftali Ortiz, and by said conduct obtained things of value aggregating in excess of $1,000; to wit, $40721.54 more or less, said use affecting interstate and foreign commerce.

All in violation of 18 U.S.C. § 1029(a)(2).

COUNT II

That on or about January 13, 2006, to on or about September 28, 2006, in the District of Rhode Island and elsewhere, the defendant, ALEX E. RODRIGUEZ, knowingly and with intent to defraud, used an unauthorized access device, i.e. a Sears credit card #5049-9403-4700-0449 in the name of Neftali Ortiz, and by said conduct obtained things of value aggregating in excess of $1,000; to wit, $6089 more or less, said use affecting interstate and foreign commerce.

All in violation of 18 U.S.C. § 1029(a)(2).

COUNT III

From on or about July 6, 2006, to on or about September 28, 2006, in the District of Rhode Island and elsewhere, the defendant, ALEX E. RODRIGUEZ, during and in relation to the felony offenses of fraud and related activity in connection with access devices (18 U.S.C. § 1029), did knowingly possess and use, without lawful authority, means of identification of another person, to wit, the social security number in the name of Neftali Ortiz.

In violation of 18 U.S.C. §§ 1028A(a)(1) and (c)(5).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

for James H. Leavey
KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 1-10-07