ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

DEFENDANT ALEX E. RODRIGUEZ

Counts I and II: 18 U.S.C. § 1029(a)(2) - Knowingly and with intent to defraud, used an unauthorized access device and by said conduct obtained things of value aggregating in excess of $1,000, more or less, said use affecting interstate and foreign commerce.

PENALTIES FOR EACH COUNT: Maximum 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special mandatory assessment.

Count III: 18 U.S.C. §§ 1028A(a)(1) and (c)(5) - During and in relation to the felony offenses of fraud and related activity in connection with access devices (18 U.S.C. § 1029), did knowingly possess and use, without lawful authority, means of identification of another person.

PENALTIES: 2 years imprisonment, consecutive to sentences in Counts I and II; $250,000 fine; 3 years supervised release; $100 mandatory special assessment