IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 07-04S |
| vs. | ) | |
| | ) | |
| | ) | |
| ALEX E. RODRIGUEZ | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Lee H. Vilker, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Lee H. Vilker, CR07-04S.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ LEE H. VILKER
LEE H. VILKER
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2007, I caused the within Notice of Appearance to be filed electronically and is available for viewing and downloading from the ECF system.

/s/ LEE H. VILKER
LEE H. VILKER
Assistant U. S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
lee.vilker@usdoj.gov