UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William E. Smith |
| v. | : | Criminal No. 07-04S |
| ALEX E. RODRIGUEZ | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Rhode Island hereby dismisses Indictment No. 07-04S, which was filed on January 10, 2007, charging violations of Title 18, United States Code, Sections 1029(a)(2) and 1028A(a)(1), for the reason that the defendant ALEX E. RODRIGUEZ, had already pled guilty and has been sentenced in the State of Rhode Island for the offense conduct underlying the federal indictment.

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

9-14-07
Date

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

WESmith
HONORABLE WILLIAM E. SMITH
United States District Judge
District of Rhode Island

9/18/07